UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SKIPPER MARINE OF MADISON, INC., <br><br> Plaintiff, <br><br> v. <br><br> 2019 VR5 BAYLINER, ID #014883 BL0449, HULL # BLBX2536J819, <br><br> In Rem Defendant, | **VERIFIED COMPLAINT IN REM** <br><br> Case No. 23-cv-516 |

Plaintiff Skipper Marine of Madison, Inc. alleges as follows:

## PARTIES

1. Plaintiff Skipper Marine of Madison, Inc. is a corporation organized and existing under the laws of the State of Wisconsin, with a principal place of business operating as a boat marina and port located at 5381 Westport Road, Madison, Wisconsin 53704.

2. Defendant vessel is a 2019 VR5 BAYLINER, ID #014883 BL0449, Hull #BLBX2536J819 boat and appurtenances homeported in Madison, Dane County, Wisconsin (the "Vessel").

## JURISDICTION

3. This is an admiralty and maritime claim within the meaning of Fed. R. Civ. P. 9(h). This court has jurisdiction of the claim under 29 U.S.C. § 1333 and 46 U.S.C §§ 31341 et seq.

## CLAIM – IN REM MARITIME LIEN ON VESSEL

4. At all times material, plaintiff was and now is a corporation duly organized and existing under and by the virtue of laws of Wisconsin, with its principal office and place of business of marina, boat sales, boat repair and storage in Madison, Dane County, Wisconsin.

5. The defendant Vessel is now within the jurisdiction of the United States and of this court and is being stored at 5381 Westport Road, Madison, Wisconsin 53704.

6. Plaintiff, on and between April 16, 2019 through October 17, 2022, at the order and request of Robert Turner, owner ("Turner") a person authorized to procure supplies and necessaries for the Vessel, furnished and supplied to said Vessel, and the Vessel received and accepted necessary supplies, ship stores, seasonal drystack, seasonal storage and trailer storage, temporary slip, repairs and associated services, together with storage at a reasonable rate of $35 per diem through March 20, 2023 ("the Necessaries") of the reasonable value of $9,906.27.

7. In furnishing and supplying the Necessaries, plaintiff relied upon the credit of defendant Vessel.

8. The Necessaries were necessary to the maintenance of the Vessel and enabled the Vessel to maintain water worthy condition.

9. A true and correct copy of the invoices for services rendered to owner Turner for the Necessaries supplied to the Vessel are attached hereto as Exhibit A and incorporated by reference.

10. On March 20, 2023 plaintiff made demand upon said Vessel and upon owner Turner for the payment of said sum of $5,006.26 through October 22, 2022, together with storage at the rate of $35 per diem in the amount of $4,900 through March 20, 2023 in the total amount of $9,906.27. A true and correct copy of the demand is attached hereto as Exhibit B and incorporated by reference.

11. No payment has been received.

12. The furnishing, supplying and transporting of the Necessaries described herein are within the meaning of 46 U.S.C. § 31342 and constitutes a maritime lien upon the Vessel in the amount of $9,906.27 as of March 20, 2023, together with additional storage at the rate of $35 per day to date of judgment and sale in this action.

13. There is now due and owing to plaintiff the sum of $9,906.27 as of March 20, 2023, together with additional storage at the rate of $35 per day to date of judgment and sale in this action.

14. Robert Turner claims an interest in the Vessel as Owner. Turner is domiciled and resides at 253 S Ludington St., Columbus, Columbia County, Wisconsin 53925.

15. Summit Credit Union, a credit union corporation charted by the state of Wisonsin with a principal place of business located at 1709 Landmark Drive, Cottage Grove, Dane County, Wisconsin 53537, may claim a security interest in the Vessel.

WHEREFORE, plaintiff prays:

a. That a warrant in rem for the arrest and attachment of the Vessel issue and that all persons claiming an interest therein may be cited to appear and answer the matters stated in this complaint;

b. That Judgment in rem determining the plaintiff's maritime lien on the Vessel be granted in favor of the plaintiff for the amount of its claim, with interest and costs, and ordering that the Vessel be sold and the proceeds of sale be paid to plaintiff to satisfy the plaintiff's claim.

c. For statutory costs, disbursements and reasonable attorney fees.

d. For such other and further relief as the Court deems just and equitable.

Dated:   August 8, 2023.

*electronically signed by Roger Sage*
Roger Sage, plaintiff's attorney
Attorney Roger Sage
30 W. Mifflin St., Suite 1001
Madison, WI 53703
(608) 258-8855
State Bar # 01009033
Email:  rsage@rogersage.com

## **VERIFICATION**

I, John Swise, declare under penalty of perjury:

I, am operations manager of Skipper Marine of Madison, Inc., corporation organized and existing under the laws of the state of Wisconsin. Skipper Marine of Madison, Inc. is the plaintiff in the above-entitled action and I have been authorized to make this verification on its behalf.

I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters alleged on information and belief, and as to those matters, I believe it to be true.

Dated August 7, 2023.

John Swise, operations manager
Skipper Marine of Madison, Inc.